EDWARD C. WRIGHT, as Executor and Trustee under the Will of ELIZABETH LOWERRE, Deceased, Respondent, *v.* ALMIRA E. McCONNELL et al., Appellants, and DOROTHY E. McCONNELL et al., Respondents.

*Wright* v. *McConnell,* 149 App. Div. 928, affirmed.
(Argued April 24, 1913; decided May 13, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 12, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action under section 2653a of the Code of Civil Procedure to determine the validity of the will of Elizabeth Lowerre, deceased.

*William P. Maloney* for appellants.

*William H. Good* for plaintiff, respondent.

*Richard Welling* for Dorothy E. McConnell et al., defendants, respondents.

*Edward H. Lockwood* for Mary E. Jorgensen et al., defendants, respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, CUDDEBACK and MILLER, JJ. Dissenting on errors in charge: WERNER, HISCOCK and COLLIN, JJ.